IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISCTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| PARKS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Misc. Action No. 15-634 |
| TYSON FOODS, INC. and HILLSHIRE BRANDS COMPANY, | ) |
| Defendants. | ) |

## ORDER

AND NOW, this 20th day of August, 2015, for the reasons set forth in the accompanying memorandum opinion, IT IS HEREBY ORDERED that this matter is TRANSFERRED to the United States District Court for the Eastern District of Pennsylvania for adjudication by the judge presiding over the matter captioned <u>Parks, LLC v. Tyson Foods, Inc. and Hillshire Brands Company</u>, 5:15-cv-946.

BY THE COURT:

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Chief United States District Judge